## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1237-RGA |
| | : | |
| MACY'S RETAIL HOLDINGS INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1238-RGA |
| | : | |
| AMERICAN APPAREL INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1239-RGA |
| | : | |
| DOLE FOOD COMPANY INC., | : | |
| | : | |
| Defendant. | : | |

ROUND ROCK RESEARCH LLC,     :

             :

          Plaintiff,     :

             :

        v.          :     Civil Action No. 11-1241-RGA

             :

THE GAP INC.,     :

             :

          Defendant.     :

---

ROUND ROCK RESEARCH LLC,     :

             :

          Plaintiff,     :

             :

        v.          :     Civil Action No. 11-1242-RGA

             :

HANESBRANDS INC.,     :

             :

          Defendant.     :

---

ROUND ROCK RESEARCH LLC,     :

             :

          Plaintiff,     :

             :

        v.          :     Civil Action No. 11-1243-RGA

             :

J.C. PENNEY CORPORATION INC.,     :

             :

          Defendant.     :

---

ROUND ROCK RESEARCH LLC,     :

             :

          Plaintiff,     :

             :

        v.          :     Civil Action No. 11-1244-RGA

             :

PEPSICO INC.,     :

             :

          Defendant.     :

---

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1245-RGA |
| | : | |
| V. F. CORPORATION, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1279-RGA |
| | : | |
| AMAZON.COM INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER POSTPONING SCHEDULING CONFERENCE

The Court has received three letters in relation to the scheduling conference set for March 28, 2012. The letters reference cases nos. 11-1237 to 11-1245, 11-1279, 12-309, and 12-362. The Court has an argument on March 28 in 11-1240, which will go forward as scheduled. The Court also has an oral argument in 11-1242 on April 5, 2012. The Court believes it would be best to resolve the issues presented in those motions before having the scheduling conference(s), and thus will postpone the scheduling conference set for March 28, 2012.

3-27-12
Date

United States District Judge