IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH, LLC, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 12-362-RGA |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant Wal-Mart Stores, Inc. to answer, move, or otherwise respond to the Complaint is hereby extended through and including May 11, 2012. The requested extension will allow additional time for defendant to investigate the matter.

FARNAN LLP

/s/ Brian Farnan
Brian Farnan (#4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300

FOX ROTHSCHILD LLP

/s/ Gregory B. Williams
Gregory B. Williams (#4195)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
(302) 622-4211

Date: April 9, 2012

SO ORDERED this _____ day of _____, 2012.

_____
U.S. District Judge