Case 1:12-cv-00362-RGA   Document 10   Filed 05/08/12   Page 1 of 3 PageID #: 322

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | : |
| Plaintiff, | : Civil Action No. 1:12-cv-0362-RGA |
| v. | : |
| WAL-MART STORES, INC., | : |
| Defendant. | : |

**STIPULATION AND [PROPOSED] ORDER TO STAY CASE
PENDING REEXAMINATION OF PATENTS-IN-SUIT**

WHEREAS, on April 6, 2012, this Court issued a Memorandum Opinion (the "Stay Order") in the actions captioned *Round Rock Research, LLC v. Dole Food Company, Inc.*, Civil Action No. 11-1239-RGA, *Round Rock Research, LLC v. The GAP, Inc.*, Civil Action No. 11-1241-RGA, and *Round Rock Research, LLC v. Hanesbrands Inc.*, Civil Action No. 11-1242-RGA, which granted those defendants' motions to stay their respective cases pending reexamination of the five patents asserted in those cases (the "Initial Patents") on the terms and conditions set forth in the Stay Order; and

WHEREAS, on March 20, 2012, Round Rock Research, LLC ("Round Rock") filed its Complaint in this action (the "Walmart Action") alleging infringement of the Initial Patents as well as five additional RFID-related patents (the "Additional Patents");

WHEREAS, on April 20, 2012, Round Rock and the Defendants in Civil Action Nos. 1:11-cv-1237, 1:11-cv-1238, 1:11-cv-1239, 1:11-cv-1240, 1:11-cv-1241, 1:11-cv-1242, 1:11-cv-1243, 1:11-cv-1244, 1:11-cv-1245, 1:11-cv-1279, and 1:12-cv-0309 filed a Stipulation and [Proposed] Order to Amend Pleadings and to Stay Cases Pending Reexamination of Patents-in-Suit, which this Court approved on April 23, 2012;

WHEREAS, the Walmart Action was not included in the Stipulation and [Proposed] Order to Amend Pleadings and to Stay Cases Pending Reexamination of Patents-in-Suit described above;

WHEREAS, Round Rock and Wal-Mart Stores, Inc. ("Walmart") are willing to agree to stay the Walmart Action on the same terms and conditions set forth in the Stay Order and subject to the additional terms set forth in this Stipulation and Order; and

WHEREAS, staying the Walmart Action is consistent with the Court's order staying the other pending RFID actions against Dole Food Company, Inc. The GAP, Inc., and Hanesbrands Inc., described above;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Round Rock and Walmart, through their undersigned counsel and subject to the approval of the Court, that:

1. This action is stayed pending reexamination of the Initial Patents and the Additional Patents on the following terms and conditions:

    a. The parties shall submit a status report to the Court no later than October 5, 2012, and every six months thereafter; and

    b. The parties should promptly advise the Court if and when the stay should be lifted.

2. Walmart shall have up to and including 21 days after the stay is lifted to answer, move or otherwise respond to the Complaint filed by Round Rock in this action.

3. Round Rock agrees that it will not argue that the stay entered in the Dole Food Company, Inc., The GAP, Inc. and Hanesbrands, Inc. actions based on the Initial Patents should be lifted based on reexamination progress involving the reexamination of the Additional Patents.

| FARNAN LLP | FOX ROTHSCHILD LLP |
|---|---|
| /s/ Brian Farnan | /s/ Gregory B. Williams |
| Brian Farnan (#4089) | Gregory B. Williams (#4195) |
| 919 North Market Street | 919 N. Market Street, Suite 1300 |
| 12th Floor | P.O. Box 2323 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 622-4211 |

IT IS SO ORDERED this 8th day of May, 2012.

_____
U.S. District Judge