IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-362-RGA |
| WAL-MART STORES INC., | : |
| Defendant. | : |

### ORDER

WHEREAS, the above-captioned case was stayed on May 8, 2012, due to pending reexamination of the Patents-In-Suit and the Additional Patents;

NOW THEREFORE, IT IS HEREBY ORDERED that, the parties shall submit a status report to the Court no later than October 5, 2012, and every six months thereafter, and

IT IS FURTHER ORDERED that, the above-captioned case is ADMINISTRATIVELY CLOSED. The parties shall promptly notify the Court when the reexamination is complete and the stay should be lifted so that the case may be reopened and other appropriate action may be taken.

5-9-12
Date

_/s/ Richard G. Andrews_
United States District Judge