IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S RETAIL HOLDINGS, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-01237-RGA |
| ROUND ROCK RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN APPAREL, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-01238-RGA |
| ROUND ROCK RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOLE FOOD COMPANY, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-01239-RGA |
| ROUND ROCK RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FRUIT OF THE LOOM, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-01240-RGA |

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GAP, INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01241-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HANESBRANDS INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01242-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>J. C. PENNEY CORPORATION, INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01243-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PEPSICO, INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01244-RGA |

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>V.F. CORPORATION,<br><br>        Defendant. | Civil Action No. 1:11-cv-01245-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01279-RGA |
| MOTOROLA SOLUTIONS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>        Defendant. | Civil Action No. 1:12-cv-00309-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Civil Action No. 1:12-cv-00362-RGA |

## JOINT STATUS REPORT

The parties hereby submit this Joint Status Report in accordance with the Court's April 23, 2012, Order administratively closing the above-captioned cases pending reexamination of the patents-in-suit. To date, the reexamination proceedings are complete for two of the ten patents-in-suit—U.S. Patent No. 5,500,650 and U.S. Patent No. 5,583,850.

In view of the continued reexamination proceedings for the remaining eight patents-in-suit, the parties do not request lifting the stay at this time. The parties will submit the next status report on April 5, 2013, or upon completion of the remaining eight reexamination proceedings, whichever occurs earlier.

Dated: October 5, 2012

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com

*Attorney for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
jblumenfeld@mnat.com

*Attorney for Motorola Solutions, Inc.*

Respectfully submitted,

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494 US
Telephone: (302) 888-6800
kdorsney@morrisjames.com

*Attorney for Macy's Retail Holdings, Inc.,
American Apparel, Inc., and Pepsico, Inc.*

SHAW KELLER LLP

/s/ Karen E. Keller
John W. Shaw (#3362)
Karen E. Keller (#4489)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
Telephone: (302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

*Attorneys for Dole Food Company, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
klouden@mnat.com

*Attorney for Fruit of the Loom, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Mary B. Graham
Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
mgraham@mnat.com

*Attorney for V.F. Corporation*

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ Matthew A. Pearson
Matthew A. Pearson (#4902)
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Telephone: (215) 965-1258
mpearson@akingump.com

*Attorney for J.C. Penney Corporation, Inc.*

FOX ROTHSCHILD LLP

/s/ Gregory B. Williams
Gregory B. Williams (# 2168)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 622-4211
gwilliams@foxrothschild.com
*Attorney for Wal-Mart Store, Inc.*

DLA PIPER LLP (US)

/s/ Aleine Porterfield
Denise S. Kraft (#2778)
Aleine Porterfield (#5053)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 468-5700
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com

*Attorneys for The Gap, Inc.*

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorney for Amazon.com, Inc.*

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ James Michael Lennon
James Michael Lennon (#4570)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4326
jlennon@wcsr.com

*Attorney for Hanesbrands, Inc.*