IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>MACY'S RETAIL HOLDINGS, INC.,<br><br>   Defendant. | Civil Action No. 11-cv-01237-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>AMERICAN APPAREL, INC.,<br><br>   Defendant. | Civil Action No. 11-cv-01238-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DOLE FOOD COMPNAY, INC.,<br><br>   Defendant. | Civil Action No. 11-cv-01239-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>FRUIT OF THE LOOM, INC.,<br><br>   Defendant. | Civil Action No. 11-cv-01240-RGA |

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>THE GAP, INC.,<br><br>      Defendant. | Civil Action No. 11-cv-01241-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>HANESBRANDS INC.,<br><br>      Defendant. | Civil Action No. 11-cv-01242-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>J. C. PENNEY CORPORATION, INC.,<br><br>      Defendant. | Civil Action No. 11-cv-01243-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>PEPSICO, INC.,<br><br>      Defendant. | Civil Action No. 11-cv-01244-RGA |

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>V.F. CORPORATION,<br><br>    Defendant. | Civil Action No. 11-cv-01245-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Civil Action No. 11-cv-01279-RGA |
| MOTOROLA SOLUTIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>    Defendant. | Civil Action No. 12-cv-00309-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Civil Action No. 12-cv-00362-RGA |

## JOINT STATUS REPORT

The parties hereby submit this Joint Status Report in accordance with the Court's April 23, 2012, Order administratively closing the above-captioned cases pending reexamination of the patents-in-suit. To date, the reexamination proceedings are complete for four of the ten patents-in-suit—U.S. Patent No. 5,500,650, U.S. Patent No. 5,583,850, U.S. Patent No. 5,627,544, and U.S. Patent No. 6,459,726.

In view of the continued reexamination proceedings for the remaining six patents-in-suit, the parties do not request lifting the stay at this time. Round Rock reserves its right, however, to request lifting the stay upon further completion of the reexamination proceedings. The next status report is due on October 4, 2013.

Dated: April 5, 2013

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com

*Attorney for Plaintiff*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494 US
Telephone: (302) 888-6800
kdorsney@morrisjames.com

*Attorney for Macy's Retail Holdings, Inc., American Apparel, Inc., and Pepsico, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
jblumenfeld@mnat.com

*Attorney for Motorola Solutions, Inc.*

SHAW KELLER LLP

/s/ Karen E. Keller
John W. Shaw (#3362)
Karen E. Keller (#4489)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
Telephone: (302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

*Attorneys for Dole Food Company, Inc.*

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DLA PIPER LLP (US) |
| /s/ Karen Jacobs Louden<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>klouden@mnat.com<br><br>*Attorney for Fruit of the Loom, Inc.* | /s/ Aleine Porterfield<br>Denise S. Kraft (#2778)<br>Aleine Porterfield (#5053)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>denise.kraft@dlapiper.com<br>aleine.porterfield@dlapiper.com<br><br>*Attorneys for The Gap, Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Mary B. Graham<br>Mary B. Graham (#2256)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>mgraham@mnat.com<br><br>*Attorney for V.F. Corporation* | /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorney for Amazon.com, Inc.* |
| AKIN GUMP STRAUSS HAUER & FELD LLP | WOMBLE CARLYLE SANDRIDGE & RICE, LLP |
| /s/ Matthew A. Pearson<br>Matthew A. Pearson (#4902)<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103<br>Telephone: (215) 965-1258<br>mpearson@akingump.com<br><br>*Attorney for J.C. Penney Corporation, Inc.* | /s/ James Michael Lennon<br>James Michael Lennon (#4570)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4326<br>jlennon@wcsr.com<br><br>*Attorney for Hanesbrands, Inc.* |
| FOX ROTHSCHILD LLP | |
| /s/ Gregory B. Williams<br>Gregory B. Williams (# 2168)<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Telephone: (302) 622-4211<br>gwilliams@foxrothschild.com<br>*Attorney for Wal-Mart Store, Inc.* | |